**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In Re: | : | Case No. 05-50017 |
| | : | |
| Paul Casa | : | S.S. No. xxx-xx-6404 |
| Carrie Casa | : | S.S. No. xxx-xx-7229 |
| | : | |
| DEBTORS. | : | Chapter 7, Judge Preston |

**NOTICE TO THE CLERK OF UNCLAIMED DIVIDENDS**

TO THE CLERK OF COURT:

The attached check in the amount of $412.61 represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. Section 374(a). The name and address of the party entitled to these unclaimed dividends is as follows:

| **Creditor Name & Address** | **Claim No.** | **Amount of Dividend** |
|---|---|---|
| RBS NB<br>PO Box 7054<br>Bridgeport, CT 06604<br>Attn: Kathy Yarbrough | 10 | $412.61 |

Dated: November 14, 2007        /s/ Sara J. Daneman
                                 Sara J. Daneman (0008254)
                                 62 Mill Street
                                 Gahanna, Ohio 43230
                                 (614) 337-0960
                                 Trustee

cc:  U.S. Trustee